AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVIDSON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1017-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___November 4, 2004___ in ___Springfield and Suffolk___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make false statements on an application for an U.S. passport with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use; and during and in relation to that crime, knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the name, date of birth, and social security number of Michael Ian Figueroa

in violation of Title ___18___ United States Code, Section(s) ___1542 and 1028A(a)(1)___.

I further state that I am a(n) Special Agent, Diplomatic Security Service, U.S. Department of State and that this complaint is based on the following facts:

Official Title

see attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-08-2005                                   at          Boston, Massachusetts
Date                                                    City and State

Judith G. Dein
United States Magistrate Judge                    _Judith Gail Dein_
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.