AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVIDSON

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1017-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a MICHAEL IAN FIGUEROA a/k/a DAVID DAVIDSON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
willfully and knowingly made false statements on an application for an U.S. passport with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use; and during and in relation to that crime, knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the name, date of birth, and social security number of Michael Ian Figueroa

in violation of Title 18 United States Code, Section(s) 1542 and 1028A(a)(1)

JUDITH G. DEIN
Name of Issuing Officer

*Judith Gail Dein*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/8/05 - Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY _DAS_
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON _2/15/05_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.