IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 CR 10058 RGS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO.: |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 1542 - Passport Fraud |
| JOSE JIMENEZ a/k/a BARRY ) | 42 U.S.C. § 408(a)(7)(B) - Social Security |
| ABRAHAM a/k/a MICHAEL IAN ) | Number Fraud |
| FIGUEROA a/k/a DAVID DAVISON, ) | 42 U.S.C. § 408(a)(6) - Furnishing False |
| ) | Information to Social Security |
| ) | Administration |
| Defendant. ) | 18 U.S.C. §1028(a)(4) - Identification |
| ) | Document Fraud |
| ) | 18 U.S.C. § 1028A(a)(1) - Aggravated |
| ) | Identity Theft |

## INDICTMENT

**COUNT ONE:**   (Title 18, United States Code, Section 1542 - Passport Fraud)

The Grand Jury charges that:

On or about November 4, 2004, in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON

the defendant herein, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant stated that his name was "Barry Abraham"; his place of birth was "Orlando, Florida"; his date of birth was "**/**/1973"; and his social security number was "*****6482", which statements he knew to be false.

1

All in violation of Title 18, United States Code, Section 1542.

**COUNT TW0-SIX:** (Title 42, United States Code, Section 408(a)(7)(B) - Social Security Number Fraud)

The Grand Jury further charges that:

On or about the dates specified below in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON,

the defendant herein, for the purpose of obtaining something of value and for other purposes, and with the intent to deceive, falsely represented numbers to be the social security number assigned by the Commissioner of Social Security to him, when in fact, as he well knew, such numbers were not the social security number assigned to him by the Commissioner of Social Security, as set forth below:

| Count | Date | Description |
|---|---|---|
| 2 | February 10, 2003 | Application for Massachusetts Driver's License in Name Barry Abraham using Social Security Number \*\*\*-\*\*-6482 |
| 3 | November 4, 2004 | Application for U.S. Passport in Name Barry Abraham using Social Security Number \*\*\*-\*\*-6482 |
| 4 | January 18, 2003 | Application to open account at Citizens Bank in Name Barry Abraham using Social Security Number \*\*\*-\*\*-6482 |
| 5 | December 23, 2003 | Application to open account at Banknorth, N.A. in Name Barry Abraham using Social Security Number \*\*\*-\*\*-6482 |
| 6 | August 30, 2004 | Account opening application/order to initiate telephone service from Verizon in Name David Davison using Social Security Number \*\*\*-\*\*-7257 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

3

**COUNT SEVEN:**      (Title 42, United States Code, Section 408(a)(6) - Furnishing False Information to Social Security Administration)

The Grand Jury charges that:

On or about January 7, 2003, in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON,

the defendant herein, with the intent to deceive the Commissioner of Social Security as to his true identity, willfully and knowingly furnished false information to the Social Security Administration on an application for a Social Security Card, SS-5 Form, to wit: the Defendant represented himself to be "Barry Abraham" and stated that his full name at birth was "Michael Ian Figueroa", his date of birth was "* ** 73", his place of birth was "Orlando, FL", and his social security number was "***-**-6482, which representations and statements he knew to be false.

All in violation of Title 42, United States Code, Section 408(a)(6).

**COUNT EIGHT:**   (Title 18, United States Code, Section 1028(a)(4) - Identification Document Fraud)

The Grand Jury charges that:

On or about November 4, 2004, in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON,

the defendant herein, did knowingly possess false identification documents, to wit, a birth certificate and Massachusetts Driver's License, with the intent that such documents be used to defraud the United States.

All in violation of Title 18, United States Code, Section 1028(a)(4).

**COUNT NINE:** (Title 18, United States Code, Section 1028A(a)(1) - Aggravated Identity Theft)

The Grand Jury charges that:

On or about August 30, 2004, in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON,

the defendant herein, did knowingly possess, without lawful authority, a means of identification of another person, to wit, name and social security number of David Davison, during in and relation to a felony enumerated in 18 U.S.C. § 1028A(c), to wit, social security number fraud, 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

**COUNT TEN:**     **(Title 18, United States Code, Section 1028A(a)(1) - Aggravated Identity Theft)**

The Grand Jury further charges that:

On or about November 4, 2004, in the District of Massachusetts,

JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a
MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON,

the defendant herein, did knowingly possess, without lawful authority, a means of identification of another person, to wit, name, date of birth, place of birth, and social security number of Michael Ian Figueroa, during in and relation to a felony enumerated in 18 U.S.C. § 1028A(c), to wit, passport fraud, 18 U.S.C. § 1542, and social security number fraud, 42 U.S.C. § 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
B. STEPHANIE SIEGMANN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, Massachusetts; March 15, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

3/15/05 @ 2:25pm

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Boston/Springfield  **Category No.** II  **Investigating Agency** DSS./FBI

**City** Boston and Springfield   **Related Case Information:**

**County** Suffolk and Springfield

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number   05-1017-JGD
Search Warrant Case Number   05-1047-JGD/05-1057-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE JIMENEZ      Juvenile  ☐ Yes  ☒ No

Alias Name  Michael Ian Figueroa, Barry Abraham, and David Davidson

Address  89 Longhill Road, Apt. 1C, Springfield, MA

Birth date (Year only): 1975   SSN (last 4 #): 3154   Sex M   Race: Hispanic   Nationality: _____

Defense Counsel if known:  E. Peter Parker    Address: One Commercial Wharf North, 2d Fl. Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information:**

AUSA  B. Stephanie Siegmann    Bar Number if applicable  638257

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  February 9, 2005

☒ Already in Federal Custody as  Pretrial detainee  in  Plymouth County Corrections Ctr.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  10

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 15, 2005   Signature of AUSA: _/s/_

**05CR10058RGS**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    JOSE JIMENEZ a/k/a BARRY ABRAHAM a/k/a MICHAEL IAN FIGUEROA a/k/a DAVID DAVISON

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1542 | Passport Fraud | 1 |
| Set 2 | 42 U.S.C. § 408(a)(7)(B) | Social Security Number Fraud | 2-6 |
| Set 3 | 42 U.S.C. § 408(a)(6) | Furnishing False Information to Social Security | 7 |
| Set 4 | 18 U.S.C. §1028(a)(4) | Identification Document Fraud | 8 |
| Set 5 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9-10 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: