UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )            Criminal No. 05-10058-RGS
                            )
JOSE JIMENEZ                )

**MOTION FOR DISCLOSURE OF
GOVERNMENT MONITORING OF RECORDED
ATTORNEY-CLIENT TELEPHONE CALLS**

Defendant Jose Jimenez hereby moves for an order directing the government to disclose whether it has done the following with respect to attorney-client telephone calls: monitored such calls; listened to them; caused others to monitor or listen to them; and/or obtained recordings of them.  As grounds for this motion, Mr. Jimenez states that the government has provided discovery that includes recordings of other privileged telephone calls made by Mr. Jimenez from his place of incarceration, the Plymouth County Correctional Facility – calls he made to his wife.  Also among the discovery provided by the government is a hand-written note by Mr. Jimenez's wife that the government contends was written to Mr. Jimenez.  That note was seized from the marital home during a search.  Marital communications are privileged as a well-settled matter of long-standing common law.  *Blau v US*, 340 U.S. 332, 333-34 (1951); *Wolfle v. United States*, 291 U.S. 7, 14-16 (1934).

Along with the recordings of privileged husband-wife communications, the government also produced logs of telephone calls made by Mr. Jimenez from the jail. One of the logs lists two calls Mr. Jimenez made to counsel.  Recordings of those calls were not produced.  A copy of the log is attached.

The government's willingness to disregard privilege and the appearance of attorney-client communications on the logs of Mr. Jimenez's telephone calls raise concerns that the government is also monitoring, listening to and/or obtaining recordings of privileged attorney-client calls.  The court should order the government to disclose whether it has been monitoring, listening to, causing others to monitor or listen to attorney-client telephone calls, and/or obtaining recordings of such calls.  If the government has been obtaining copies of recordings of such calls, the court should order the government to produce all copies to undersigned counsel.

The court should also inquire whether the Assistant United States Attorney prosecuting this case has listened to recorded attorney-client telephone calls and, if so, order the government to replace her with another Assistant United States Attorney who has not listened to and has no knowledge of the contents of such calls.

JOSE JIMENEZ
 By his attorney,

/s/*E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on May 4, 2005.

/s/ *E. Peter Parker*
E. Peter Parker

2

# Default Contract Code
## CALL DETAIL RECORDS - II
### All Facilities

| Date Acct. No. | Pickup Other ID | Connect Inmate Name | Accept | Stop | Originating Phone # | CC | Number Dialed Called Party | Facility | Location Relationship | Minutes | Type | Term | Dest Status | Recorder Ch Allowed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/02/16 039471 | 07:52:29 | 07:52:55 JIMENEZ, JOSE | 07:54:10 | 08:02:29 | 5087467619 | 1 | 4137310705 YASIRA JIMENEZ | plm0d | GNE #3 WIFE | 9 | 2 | 130 | 5 A | Y |
| 2005/02/16 039471 | 08:04:03 | 08:04:37 JIMENEZ, JOSE | 08:05:49 | 08:09:59 | 5087467619 | 1 | 4137310705 YASIRA JIMENEZ | plm0d | GNE #3 WIFE | 5 | 2 | 130 | 5 A | Y |
| 2005/02/25 039471 | 08:02:44 | 08:03:07 JIMENEZ, JOSE | 08:04:17 | 08:54:40 | 5088303838 | 1 | 4137310705 YASIRA JIMENEZ | plm0d | GNE #1 WIFE | 51 | 2 | 128 | 5 A | Y |
| 2005/02/15 039471 | 14:09:39 | 14:10:04 JIMENEZ, JOSE | 14:11:10 | 14:16:28 | 5087467619 | 1 | 6177429099 PARKER, PETER | plm0d | GNE #4 ATTORNEY | 6 | 2 | 128 | 3 A | Y |
| 2005/02/19 039471 | 10:47:41 | 10:47:58 JIMENEZ, JOSE | 10:49:03 | 10:55:58 | 5088303844 | 1 | 6177429099 PARKER, PETER | plm0d | GNE #1 ATTORNEY | 7 | 2 | 128 | 3 A | Y |

| Grand Totals | | Connects 5 | | | | Accepts 5 | Denies 0 | | Other 0 | Minutes 78 | | | Average Length 16 Min | |

END OF DETAIL

2005/03/04  09:50:16                                    Form: IN20IWEB  Version: 1.000