UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10058-RGS

UNITED STATES OF AMERICA

v.

JOSE JIMINEZ

### INTERIM STATUS REPORT

June 14, 2005

DEIN, M.J.

An Interim Status Conference was held before this court on Tuesday, June 14, 2005, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders, to wit:

1. The government has recently responded to the defendant's discovery letter.

2. The defendant does request expert discovery in accordance with Fed. R. Crim. P. 16(a)(1)(E). The parties are working on a mutually agreeable schedule, and the issue shall be discussed at the next status conference.

3. The defendant shall file a motion to compel discovery by June 29, 2005. The government's response shall be filed two weeks thereafter. The date for filing dispositive motions shall be set at the next status conference.

4. In this court's view, this is not a case involving unusual or complex issues for which an early joint conference of the district judge and the magistrate judge with counsel of record would be useful at this time.

5. In this court's view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except as provided herein.