UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          v.                )          Criminal No. 05-10058-RGS
                            )
JOSE JIMENEZ                )

### MOTION FOR LEAVE TO FILE DISCOVERY MOTION LATE

Defendant Jose Jimenez hereby moves that the court permit him to file his accompanying Motion for Discovery three business days late.  As grounds for this motion, Mr. Jimenez states that the press of other professional matters precluded undersigned counsel from filing a discovery motion by the June 29, 2005 deadline set by the court.  No parties will be prejudiced by the late filing of Mr. Jimenez's discovery motion.


                            JOSE JIMENEZ
                             By his attorney,

                            /s/ *E. Peter Parker*
                            E. Peter Parker
                             B.B.O. #552720
                            One Commercial Wharf North
                            Second Floor
                            Boston, MA  02110
                            (617) 742-9099



                    Certificate of Service

    I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on July 5, 2005.



                            /s/ *E. Peter Parker*
                            E. Peter Parker