UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JOSE JIMENEZ  ) | Criminal No. 05-10058-RGS |

**MOTION TO CONTINUE STATUS CONFERENCE**

Defendant Jose Jimenez hereby moves that the court continue the status conference currently scheduled for July 19, 2005 for one week. Undersigned counsel will be on vacation with his family during the week of July 18, 2005. Counsel is free any afternoon of the following week, with the exception of Wednesday, July 27, 2005.

JOSE JIMENEZ
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on July 5, 2005.

/s/ *E. Peter Parker*
E. Peter Parker