UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10058-RGS

UNITED STATES OF AMERICA

v.

JOSE JIMINEZ

## FURTHER ORDER ON EXCLUDABLE TIME

July 6, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for July 19, 2005. The defendant has requested a continuance due to a scheduling conflict.  Therefore, this court orders the following period of time excludable from the time period within which trial must commence:

July 19, 2005 - August 8, 2005

that being the period between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for August 8, 2005 at 2:30 p.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference**.  **In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

          / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge