UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10058-RGS

UNITED STATES OF AMERICA

v.

JOSE JIMINEZ

### ORDER ON MOTION FOR DISCOVERY

August 8, 2005

DEIN, M.J.

This matter is before the court on defendant's Motion for Discovery (Docket No. 24) and the Government's Motion to Strike the defendant's motion (Docket No. 27). After hearing, both motions are DENIED. While not automatically precluded from filing any motion for discovery, the defendant has not offered any explanation as to why the scope and/or timing of discovery should not follow the Local Rules in the instant case. Moreover, while during oral argument defense counsel claimed that there was a "fundamental difference" between the parties as to the meaning of exculpatory evidence, neither a review of the pleadings nor oral argument enabled this court to identify such alleged differences. Since the record in the instant case does not lead this court to believe that as of now that the government does not understand its discovery obligations under either case law or the Local Rules, no order will be entered compelling the government to produce any specific discovery at this time. Nor will this

court enter an order, seemingly sought by the defendant, listing every conceivable category of information which might contain exculpatory information.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge