UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10058-RGS

UNITED STATES OF AMERICA

v.

JOSE JIMINEZ

**FINAL STATUS REPORT**

August 8, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, August 8, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. There are no outstanding or anticipated discovery issues at this time. This court has on this date ruled on the defendant's motion for discovery and the government's motion to strike the defendant's motion.

3. There is presently pending for decision by the District Judge defendant's Motion to Dismiss Counts Nine and Ten. The government's response to the motion is not yet due.

4. The parties have agreed that the government shall produce its expert discovery 45 days before trial, and the defendant shall produce his expert discovery 30 days before trial.

5. Based upon the prior orders of the court dated March 23, 2005, May 4, 2005, June 14, 2005 and July 6, 2005, as of this date there were fourteen (14) days of non-excludable time under the Speedy Trial Act (April 20, 2005 - May 3, 2005) and **fifty-six (56) days remaining** under the Speedy Trial Act in which this case must be tried. The pendency of the

      defendant's motion to dismiss shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, the government's case will take approximately one (1) week.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


                                      / s / Judith Gail Dein
                                  JUDITH GAIL DEIN
                                  UNITED STATES MAGISTRATE JUDGE