UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10058-RGS |
| | ) | |
| JOSE JIMENEZ a/k/a BARRY | ) | |
| ABRAHAM a/k/a MICHAEL IAN | ) | |
| FIGUEROA a/k/a DAVID | ) | |
| DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE ITS
OPPOSITION TO DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER**

With the assent of the Defendant, the Government respectfully moves for a one week extension of time to file its Opposition to the Defendant's Motion for Review by the District Court of the Magistrate Judge's Detention Order.  As grounds for this motion, the Government states that the parties are engaging in plea negotiations that may likely render the Defendant's Motion moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
    B. STEPHANIE SIEGMANN
    Assistant U.S. Attorney

Dated: October 6, 2005

<u>Certificate of Service</u>

I do hereby certify that a copy of the foregoing motion was served upon Mr. Parker by electronic notice on this 6th day of October 2005.

<u>/s/ B. Stephanie Siegmann</u>
B. Stephanie Siegmann
Assistant U.S. Attorney