UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10058-RGS |
| ) | |
| JOSE JIMENEZ a/k/a BARRY ) | |
| ABRAHAM a/k/a MICHAEL IAN ) | |
| FIGUEROA a/k/a DAVID ) | |
| DAVISON, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO GOVERNMENT'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE ITS OPPOSITION TO <u>DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER</u>**

With the assent of the Defendant, the Government respectfully moves for a second one week extension of time to file its Opposition to the Defendant's Motion for Review by the District Court of the Magistrate Judge's Detention Order. As grounds for this motion, the Government states that the parties are still engaging in plea negotiations that may likely render the Defendant's Motion moot.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                     By: <u>/s/ B. Stephanie Siegmann</u>
                                              B. STEPHANIE SIEGMANN
                                              Assistant U.S. Attorney

Dated: October 13, 2005

Certificate of Service

    I do hereby certify that a copy of the foregoing motion was served upon Mr. Parker by electronic notice on this 13th day of October 2005.

                                    /s/ B. Stephanie Siegmann
                                    B. Stephanie Siegmann
                                    Assistant U.S. Attorney