UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>)<br>JOSE JIMENEZ a/k/a BARRY )<br>ABRAHAM a/k/a MICHAEL IAN )<br>FIGUEROA a/k/a DAVID )<br>DAVISON,                              )<br>)<br>    Defendant.                      ) | CRIMINAL NO. 05-10058-RGS |

**JOINT MOTION TO CONTINUE TRIAL DATE AND DEADLINE FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER**

The parties, Defendant Jose Jimenez a/k/a Barry Abraham a/k/a Michael Ian Figueroa a/k/a David Davison ("Defendant") and the Government, jointly request that the trial currently scheduled for November 21, 2005 be continued until December 5, 2005. As grounds for this motion the parties state the following: one of the lead investigators and likely witnesses in this case is unavailable the week of November 21st; the week of November 21st is not convenient for defense counsel; and the parties are still engaging in plea negotiatts. The parties anticipate that plea negotiations could take another several weeks to complete.

The parties further request that during the pendency of these negotiations, not to extend past November 14, 2005, the government be granted an extension of time to file its opposition to the Defendant's Motion for Review of the Magistrate Judge's Detention Order.

Lastly, the parties request the Court to exclude the period of the continuance in computing the time within which the matter must be brought to trial pursuant to 18 U.S.C. §3161(c)(1) and that the Court find that the ends of justice served by the granting of the requested exclusion outweigh the best interest of the public and the Defendant in a speedy trial.

Respectfully Submitted,

| | |
|---|---|
| JOSE JIMENEZ a/k/a<br>BARRY ABRAHAM a/k/a<br>MICHAEL IAN FIGUEROA a/k/a<br>DAVID DAVISON | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ E. Peter Parker<br>    E. PETER PARKER<br>    Defense Counsel | By: /s/ B. Stephanie Siegmann<br>    B. STEPHANIE SIEGMANN<br>    Assistant U.S. Attorney |

Dated: October 24, 2005