UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10058-RGS |
| ) | |
| JOSE JIMENEZ a/k/a BARRY ) | |
| ABRAHAM a/k/a MICHAEL IAN ) | |
| FIGUEROA a/k/a DAVID ) | |
| DAVISON, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO GOVERNMENT'S MOTION FOR ADDITIONAL
EXTENSION OF TIME TO FILE ITS OPPOSITION TO
<u>DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER</u>**

With the assent of the Defendant, the Government respectfully moves for an additional extension of time until December 12, 2005 to file its opposition to the Defendant's Motion for Review of the Magistrate Judge's Detention Order. As grounds for this motion, the Government states that the parties are still engaging in plea negotiations that may likely render the Defendant's Motion moot.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

               By: <u>/s/ B. Stephanie Siegmann</u>
                    B. STEPHANIE SIEGMANN
                    Assistant U.S. Attorney

Dated: December 7, 2005

<u>Certificate of Service</u>

I do hereby certify that a copy of the foregoing motion was served upon Mr. Parker by electronic notice on this 7th day of December 2005.

<u>/s/ B. Stephanie Siegmann</u>
B. Stephanie Siegmann
Assistant U.S. Attorney