UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10058-RGS |
| | ) | |
| JOSE JIMENEZ | ) | |

**ASSENTED-TO
MOTION TO CONTINUE TRIAL**

Defendant Jose Jimenez hereby moves, with the assent of the government, that the court continue trial currently scheduled for January 17, 2006 to a date no earlier than February 13, 2006.  As grounds for this motion, Mr. Jimenez states that undersigned counsel has unavoidable family obligations and will not be able to work on January 17 and 18, 2006.  The next date that the government is available is February 13, 2006.  The government, through AUSA B. Stephanie Siegmann, assents to this motion.

JOSE JIMENEZ
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on January 3, 2006.

/s/ *E. Peter Parker*
E. Peter Parker