UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>JOSE JIMENEZ     ) | Criminal No. 05-10058-RGS |

**DEFENDANT'S SECOND MOTION IN LIMINE**

Defendant Jose Jimenez hereby moves for an order prohibiting the government and its witnesses from offering the following evidence. Because none of the evidence has any "tendency to make the existence of any fact of consequence … more or less probable," all of it is inadmissible under Rule 401. *See* Fed. R. Evid. 401 and 402. Even if the evidence had minimal probative value, the court still should exclude it because probativeness "is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time or needless presentation of cumulative evidence." *See* Fed. R. Evid. 403. For all of these reasons, the court should preclude the government from offering at trial the following evidence.

**Terrorism**

This is a passport fraud/social security fraud and identity theft case. It has nothing to do with terrorism. In the present political and sociological climate, terrorism is perhaps the most loaded term a federal prosecutor or agent/witness could use in a federal courtroom during a criminal trial – especially a trial involving a practicing Muslim such as Mr. Jimenez.

Fortunately, there is absolutely no need to use that term or to refer to terrorism in any way in this case. The government has informed undersigned counsel that it will not offer evidence relating to terrorism.

The government does, however, intend to elicit from more than one of its law enforcement witnesses that they are assigned to the Joint Terrorism Task Force ("JTTF") and that their duties include investigating terrorism cases. SA Galen Nace testified before the grand jury, for example, that he was employed by the Diplomatic Security Service and was currently assigned to the JTTF. He testified further that as a member of the task force he investigates terrorism cases and also acts as a liaison to the FBI in cases involving passport and visa fraud. The lead investigative agent, Ronald Sheehan, is a Springfield Police Detective who also currently is on assignment with the JTTF. Other law enforcement witnesses the government intends to call presumably are also assigned to the JTTF.

There is absolutely no need for any of these witnesses to testify that they are assigned to the JTTF and/or that they investigate terrorism offenses. SA Nace can testify truthfully and accurately that he is a member of the Diplomatic Security Service and has responsibilities that include investigating identity fraud. Det. Sheehan similarly can testify that he is a Springfield Detective currently assigned to a joint state and federal task force that investigates identity fraud, among other things. Their responsibilities for investigating terrorism, and the exact name of their unit, are utterly irrelevant and, if admitted, carry the significant potential for substantial unfair prejudice.

**State Charges Underlying Arrest**

Mr. Jimenez was initially arrested by the Springfield Police and charged in state court with motor vehicle registry fraud for obtaining the Barry Abraham driver's license and registering a car using that name. He was subsequently charged in this court with, among other things, misusing a social security number to fraudulently obtaine the Barry Abraham driver's license and the state court case was *nol prossed*.

The court should preclude the government from making any reference to the pendency and abandonment of the state charges. It is irrelevant. It would unnecessarily invite juror speculation about why federal prosecutors took control of a state case, which could easily lead to the unsophisticated conclusion that there must be something really bad about Mr. Jimenez that warranted federal attention.

JOSE JIMENEZ
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2006.

/s/ *E. Peter Parker*
E. Peter Parker

3