UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10058-RGS |
| | ) | |
| JOSE JIMENEZ | ) | |

**DEFENDANT'S REQUEST FOR JURY QUESTIONNAIRE**

Defendant Jose Jimenez hereby moves that the court require each prospective juror to complete Part A (Attitudes Toward Race) of the questionnaire attached hereto. Mr. Jimenez further requests that the court require prospective jurors to complete Part B (Attitudes Toward Muslim-Americans) if the government intends to offer evidence directly or indirectly suggesting that Mr. Jimenez is a practicing Muslim, or if that otherwise will be apparent to the jury.  As grounds for this motion, Mr. Jimenez states as follows.

Mr. Jimenez is Latino.  He is also a practicing Muslim.  The government has informed undersigned counsel that it does not intend to offer evidence, directly or indirectly, that Mr. Jimenez is Muslim.  Mr. Jimenez does not intend to offer any such evidence.

His faith would be apparent to the jury if, however, Mr. Jimenez' wife were to attend trial.  She and a number of her friends appear in public wearing traditional Muslim Burqa attire with veils.  Mr. Jimenez presently does not expect his wife or anyone else wearing Burqas to attend trial

Mr. Jimenez nevertheless requests in the event that, that before jury selection, either the government informs Mr. Jimenez and the court that it intends to offer evidence

of Mr. Jimenez' faith, or it becomes clear that the trial will be attended by Muslim-attired persons, the court require prospective jurors to complete Part B of the written questionnaire attached hereto.

>JOSE JIMENEZ
> By his attorney,
>
> /s/ *E. Peter Parker*
> E. Peter Parker
>  B.B.O. #552720
> One Commercial Wharf North
> Second Floor
> Boston, MA  02110
> (617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2006.

> /s/ *E. Peter Parker*
> E. Peter Parker

**General Instructions for Completing Questionnaire**

This questionnaire is being used to assist in jury selection in the case of *United States v. Jose Jimenez*. Please answer all questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. If you have any difficulty answering any of these questions, do not hesitate to consult the court before answering that particular question. Please keep in mind that you are answering these questions under oath and must be truthful.

**Name**: _____    Juror Number _____

The defendant in this case, Jose Jimenez, is charged with making false statements to obtain a United States passport, social security number fraud and aggravated identity theft.

The following questions address your attitudes about Latino or Hispanic persons and adherents to the faith of Islam – Muslim-Americans. You have no legal obligation to like or feel comfortable with a person of the Latino race or Islamic faith but you do have an obligation to tell the court your feelings candidly and accurately.

**Part A**

1. Do you have any feelings or opinions about Latino or Hispanic people that might affect your ability to evaluate the evidence and deliberate in this case?

   ___Yes ___ No

2. Does that fact that Mr. Jimenez is Latino influence you in any way?

   ___Yes ___ No

3. Do you believe that Latino people are more likely than members of other races to commit crimes?

   ___Yes ___ No

4. Do you think your beliefs or ideas will color how you look at the evidence in this case and consider Mr. Jimenez' fate?

   ___Yes ___ No

5. If you were Mr. Jimenez, would you want a person with your present attitude and beliefs sitting in judgment of you?

   ___Yes ___ No

**Part B**

1. Do you have any feelings or opinions about Muslim men that might affect your ability to evaluate the evidence and deliberate in this case?

   ___Yes ___ No

2. Does that fact that Mr. Jimenez is Muslim influence you in any way?

   ___Yes ___ No

3. Do you believe that Muslim men are more likely than members of other faiths to commit crimes?

           ___Yes ___ No

4. Do you think your beliefs or ideas about Muslim men or the Islamic faith will color how you look at the evidence in this case and consider Mr. Jimenez' fate?

           ___Yes ___ No

5. If you were Mr. Jimenez, would you want a person with your present attitude and beliefs sitting in judgment of you?

           ___Yes ___ No

The answers I have given are true and correct to the best of my knowledge.

_____

Juror Signature