```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 05-10058-RGS
                                )
JOSE JIMENEZ a/k/a BARRY         )
ABRAHAM a/k/a MICHAEL IAN        )
FIGUEROA a/k/a DAVID             )
DAVISON,                         )
                                )
        Defendant.               )
```

                    GOVERNMENT'S WITNESS LIST

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys B. Stephanie Siegmann and Jeffrey Auerhahn, hereby submits this Witness List in the above-captioned action.  The government reserves the right to supplement, modify, or withdraw persons on this list.

1. Postal Inspector Bryon Dailey
   U.S. Postal Service

2. Special Agent Joseph DeSantis
   Social Security Administration,
   Office of the Inspector General

3. Trooper Americo DiLorenzo
   Massachusetts State Police

4. Officer Peter Manolakis
   Springfield Police Department

5. Special Agent Galen Nace
   Diplomatic Security Service

6. Nicholas Nathans
   Computer Forensic Examiner,
   Federal Bureau of Investigation

7. Officer Ronald Sheehan
   Springfield Police Department

8. Sgt. Philip Tarpey
   Springfield Police Department

9. Officer John Taylor
   Springfield Police Department

10. Mara Pioro, Fraud Prevention Manager
    Department of State

11. Jeann Robicheau, (retired)
    Passport Specialist, Department of State

12. Sharon Valerio
    Social Security Administration

13. TD Banknorth
    Keeper of Records

14. Hampden County Probate and Family Court
    Keeper of Records

15. Maureen Maurer (formerly of Handy Self Storage)
    Chicopee, MA

16. Barbara Ogbomo
    Citizens Bank

17. Chris Morneau (retired)
    United States Postal Service

18. Jane Sorrento
    Verizon

19. Springfield Housing Authority
    Keeper of Records

20. Maria Tobias
    Massachusetts Registry of Motor Vehicles

21. Lawrence Whittaker
    Springfield, Massachusetts

22. Uncle Bob's Self Storage
    Keeper of Records

Pursuant to Local Rule 117.1(A)(8)(a), if the government

subsequently forms an intent to call any additional witnesses, the government shall promptly notify defense counsel of the proposed witness's identity and address.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ B. Stephanie Siegmann
>    B. STEPHANIE SIEGMANN
>    JEFFREY AUERHAHN
>    Assistant U.S. Attorney

Dated: February 7, 2006

## Certificate of Service

I do hereby certify that a copy of the foregoing witness list was served upon Mr. Parker by electronic notice on this 7th day of February 2006.

>/s/ B. Stephanie Siegmann
>B. Stephanie Siegmann
>Assistant U.S. Attorney