UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10058-RGS |
| | ) | |
| JOSE JIMENEZ a/k/a BARRY | ) | |
| ABRAHAM a/k/a MICHAEL IAN | ) | |
| FIGUEROA a/k/a DAVID | ) | |
| DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S EXHIBIT LIST

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys B. Stephanie Siegmann and Jeffrey Auerhahn, hereby submits this Exhibit List in the above-captioned action.  The government reserves the right to supplement, modify, or withdraw items from this list.

1.    Death Certificate of Michael Ian Figueroa;

2.    Death Certificate of David Davison (as amended);

3.    Massachusetts Driver's License #S11161813 issued in the name Barry Abraham;

4.    Aerial Photograph of 89 Longhill Street;

5.    Miranda card signed by Jose Jimenez;

6.    Miranda Form signed by Jose Jimenez;

7.    Massachusetts Registry of Motor Vehicle Registration issued to Barry Abraham;

8.    Banknorth Visa/Debit Card in the name Barry Abraham;

9.    Banknorth Account Statement for the account of Barry Abraham, 32 Lionel Benoit Road, Apt. B, Springfield, MA 01109 dated March-April 2004;

10.  Capitol One Account Statement for the account of Barry
     Abraham, 32 Lionel Benoit Road, Apt. B, Springfield, MA
     dated December 2004;

11.  Verizon bill in name David Davison, Apt. 1C, 89 Longhill
     St., Springfield, MA dated November 2004 for
     telephone # (413)731-0705;

12.  Original Social Security Number Car_____ame Barry
     Abraham and Social Security Number ▆▆▆▆▆▆▆▆;

13.  Original U.S. Passport issued to Barry Abraham;

14.  United States Postal Service receipt for payment of passport
     fee;

15.  Original Birth Certificate of Michael Ian Figueroa;

16.  Certified copy of change of name request filed with Hampden
     County Probate and Family Court;

17.  Postmarked envelope from Hampden County Probate and Family
     Court;

18.  Citizen's Pin number issued to Barry Abraham;

19.  High School and College Transcripts in different names;

20.  Handwritten notes regarding credit service agencies
     (Equifax, Transunion) and Michael Ian Figueroa (2 pages);

21.  Handwritten notes regarding Orange County Clerk-Recorder (1
     page);

22.  Handwritten list containing 27 names (3 pages);

23.  Death Certificate of Jared Figueroa;

24.  Request for birth certificate of Jared Figueroa;

25.  Denial of request for birth certificate of Jared Figueroa;

26.  Payment receipt for J. Figueroa birth certificate request;

27.  Postmarked envelope containing denial of J. Figueroa birth
     certificate request;

28.  Certified Social Security Administration's SS-5 records for
     Jose Jimenez;

29.  Certified Social Security Administration's SS-5 records for Michael Figueroa;

30.  Certified Social Security Administration's SS-5 records for David Davison;

31.  Chart analysis of Handwritten List containing 27 names found at residence (Ex. #23);

32.  Chart analysis of Handwritten List containing 12 names found at storage unit (Ex. #59);

33.  Original Passport Application in name Barry Abraham;

34.  Registry of Motor Vehicle Driver's Permit Application in name Barry Abraham dated 1/15/03;

35.  Registry of Motor Vehicle Driver's License Application in name Barry Abraham dated 2/10/03;

36.  Registry of Motor Vehicle Driver's License Application in name Barry Abraham dated 3/17/04;

37.  Registry of Motor Vehicle Computer License Transaction History for Barry Abraham;

38.  Registry of Motor Vehicle Current Image, License/Id and Demographic Information Printout;

39.  Certified copies of change of name request obtained from Hampden County Probate and Family Court (to be produced pursuant to trial subpoena);

40.  Application to open new personal account at Banknorth in name of Barry Abraham dated 12/23/03;

41.  Banknorth ATM/Debit card application in name Barry Abraham;

42.  Banknorth printout of ATM card number and related accounts for Barry Abraham;

43.  Application to open new account at Citizens Bank in name of Barry Abraham dated 1/18/03;

44.  Verizon billing report in name David Davison, telephone number (413)731-0705;

45.  Verizon Service Initiation Order for David Davison, 89 Longhill Road, Apt. 1C, Springfield, MA;

46. Handy Self-Storage Rental Agreement for Unit 2330 signed by Barry Abraham;

47. Copy of driver's license issued in name Barry Abraham for Handy Self-Storage file;

48. Post Office Box Application in Name Barry Abraham;

49. New York Learner's Permit in name Jose Jimenez;

50. American Express card issued in name Jose Jimenez;

51. Discover Card issued in name Jose Jimenez;

52. Discover card delinquent notice addressed to Jose Jimenez;

53. American Express bill/delinquent notice addressed to Barry Abraham;

54. Banknorth account statement for account in name of Barry Abraham;

55. Verizon bill dated 5/11/04 issued to Barry Abraham;

56. Receipt for death certificate of Jared Figueroa requested by Jose Jimenez, 32 Lionel Benoit Road, Springfield;

57. Federal Express envelope addressed to Jose Jimenez, 32 Lionel Benoit Road, #B, Springfield, MA;

58. Death certificate of Jared Figueroa found inside federal express envelope (Ex. #54);

59. Handwritten list containing 12 names (1 page); and

60-65. Documents printed from disks #21 and 22 seized from storage unit #2330:

    60. Anarchist Cookbook 2000

    61. Internet Spy Toolkit - Social Security Information

    62. Internet Spy Toolkit - Vital Statistics

    63. Tips for Locating Persons

    64. Method for Establishing a New Credit File

    65. Ranges of Social Security Numbers Per State

Pursuant to Local Rule 117.1(A)(8)(b), if the government subsequently forms an intent to introduce any other piece of evidence, the government shall promptly identify such evidence for defense counsel.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/ B. Stephanie Siegmann
    B. STEPHANIE SIEGMANN
    JEFFREY AUERHAHN
    Assistant U.S. Attorney

Dated: February 7, 2006

Certificate of Service

I do hereby certify that a copy of the foregoing exhibit list was served upon Mr. Parker by electronic notice on this 7th day of February 2006.

/s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney