## GOVERNMENT'S PROPOSED INSTRUCTION NO. 5
### (Count Seven)

(Read Count Seven of the Indictment)

Count Seven of the Indictment charges the defendant with violating Section 408(a)(6) of Title 42 of the United States Code, a criminal statute which prohibits any person from furnishing false information to the Social Security Administration.  To convict the defendant of this crime, the government must prove beyond a reasonable doubt that the defendant:

| | |
|---|---|
| FIRST: | With the intent to deceive as to true identity or the identity of another person; |
| SECOND: | Willfully and knowingly; |
| THIRD: | Furnishes, or causes to be furnished false information to the Social Security Administration with respect to any information required by the Commissioner of the Social Security Administration in connection with the establishment and maintenance of records under the Social Security Act. |