```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 05-10058-RGS
                                )
JOSE JIMENEZ a/k/a BARRY        )
ABRAHAM a/k/a MICHAEL IAN       )
FIGUEROA a/k/a DAVID            )
DAVISON,                        )
                                )
    Defendant.                  )
```

### DISMISSAL OF COUNT 8 OF THE INDICTMENT

The United States hereby dismisses Count Eight (violation of 18 U.S.C. §1028(a)(4)) of the indictment in this matter. In support of this dismissal, the government states that in preparation for trial and drafting jury instructions, a defect in the charging language of Count Eight was discovered.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By: /s/ B. Stephanie Siegmann
                                    B. STEPHANIE SIEGMANN
                                    JEFFREY AUERHAHN
                                    Assistant U.S. Attorneys

Dated: February 7, 2006

Certificate of Service

    I do hereby certify that a copy of the foregoing dismissal motion was served upon Mr. Parker by electronic notice on this 7th day of February 2006.

                                      /s/ B. Stephanie Siegmann
                                      B. Stephanie Siegmann
                                      Assistant U.S. Attorney

Leave to file granted:

_____

RICHARD G. STEARNS
United States District Judge

Date: _____