UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 05-10058-RGS

JOSE JIMENEZ

# VERDICT SLIP

*Recorded in open Court at 4:05 P.M. on 2-16-06*

*[Signature] Deputy Clerk*

WE, THE JURY, FIND THE DEFENDANT, JOSE JIMENEZ,

__Guilty__ as charged in Count 1
(Passport Fraud - 18 USC Section 1542)

__Guilty__ as charged in Count 2
(Social Security Number Fraud - 42 USC Section 408(a)(7)(B))

__Guilty__ as charged in Count 3
(Social Security Number Fraud - 42 USC Section 408(a)(7)(B))

__Guilty__ as charged in Count 4
(Social Security Number Fraud - 42 USC Section 408(a)(7)(B))

__Guilty__ as charged in Count 5
(Social Security Number Fraud - 42 USC Section 408(a)(7)(B))

__Guilty__ as charged in Count 6
(Social Security Number Fraud - 42 USC Section 408(a)(7)(B))

__Guilty__ as charged in Count 7
(Furnishing False Information to the Social Security Administration - 42 USC Section

408(a)(6))

____*Guilty*_____ as charged in Count 8
(Aggravated Identity Theft - 18 USC 1028A(a)(1))

____*Guilty*_____ as charged in Count 9
(Aggravated Identity Theft - 18 USC 1028A(a)(1))

_____*/s/ Wayne L. Vettese*_____
FOREPERSON OF THE JURY

DATED: __2/16/06__