UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JOSE JIMENEZ    ) | Criminal No. 05-10058-RGS |

**MOTION FOR TRANSCRIPTS
AT GOVERNMENT EXPENSE**

Defendant Jose Jimenez hereby moves that the court approve funds for complete transcripts so that Mr. Jimenez can litigate an appeal of his conviction and sentence. Mr. Jimenez requests funds in an amount sufficient to obtain transcripts of all pretrial and trial proceedings, including the final pretrial conference at which the court made several evidentiary rulings and the hearing on Mr. Jimenez' Motion To Dismiss Counts Nine and Ten.

JOSE JIMENEZ
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on June 5, 2006.

/s/ *E. Peter Parker*
E. Peter Parker