UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN
OPEN COURT
6/7/06
M. Johnson
Deputy Clerk

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-10058-RGS |
| | ) | |
| JOSE JIMENEZ | ) | |

## NOTICE OF APPEAL

Defendant Jose Jimenez hereby appeals the judgment and sentence is this case, including the rulings on all pretrial motions and all rulings to admit evidence at trial.

JOSE JIMENEZ
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I served a copy of this pleading on AUSA B. Stephanie Siegmann on June 7, 2006.

/s/ *E. Peter Parker*
E. Peter Parker