# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10058

United States of America

v.

Jose Jimenez

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-63

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 6, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __7-7-6__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED, MAG, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10058-RGS-ALL

Case title: USA v. Jiminez
Magistrate judge case number: 1:05-mj-01017-JGD

Date Filed: 03/15/2005

Assigned to: Judge Richard G. Stearns

### Defendant

**Jose Jiminez** (1)
TERMINATED: 06/13/2006
also known as
Barry Abraham (1)
TERMINATED: 06/13/2006
also known as
David Davidson (1)
TERMINATED: 06/13/2006
also known as
Michael Ian Figueroa (1)
TERMINATED: 06/13/2006

represented by **E. Peter Parker**
Law Office of E. Peter Parker
151 Merrimac Street
Boston, MA 02114
617-742-9099
Fax: 617-742-9989
Email: peter@parkerslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:1542 FALSE STATEMENT IN APPLICATION/USE OF PASSPORT
(1)

42:408(a)(7)(B) MISUSE OF SOCIAL SECURITY NUMBER
(2-6)

42:408(a)(6) Furnishing False Information to Social Security Administration
(7)

18:1028(a)(4) Identifiction Document Fraud
(8)

18:1028A(a)(1) Aggravated Identity Theft
(9-10)

### Disposition

12 months to be served. Supervised Release for 3 years with Special Conditions. Total Special Assessment of $900.

12 months to be served, concurrent with Count 1. Supervised Release for 3 years concurrent with Count 1.

12 months to be served, concurrent with Counts 1-6. Supervised Release for 3 years, concurrent with Counts 1-6.

24 months to be served, on and after sentence imposed on Count 6. Supervised Release for 1 year concurrent with Counts 1-7.

24 months to be served, on and after sentence imposed on Counts 3 and 8. Supervised Release for 1 year concurrent with Counts 1-7.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1028A.F Fraud with Identification documents, 18:1542.F False Statements in application/use of passport | |

**Plaintiff**

USA     represented by     B. Stephanie Siegmann
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3191
Fax: 617-748-3664
Email: Stephanie.Siegmann@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2005 | 1 | COMPLAINT as to Jose Jiminez (1). (Attachments: # (1)) (Simeone, Maria) [1:05-mj-01017-JGD] (Entered: 02/09/2005) |
| 02/09/2005 | | Case sealed as to Jose Jiminez (Simeone, Maria) [1:05-mj-01017-JGD] (Entered: 02/09/2005) |
| 02/09/2005 | | Attorney update in case as to Jose Jiminez. Attorney E. Peter Parker for Jose Jiminez added. (Quinn, Thomas) [1:05-mj-01017-JGD] (Entered: 02/14/2005) |
| 02/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Jose Jiminez held on 2/9/2005; AUSA Siegman and Attorney Parker for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. requests counsel and will submit cja 23 form; USMJ Dein appoints Attorney Parker subject to cja 23 form; Govt. moves for detention and continuance; USMJ Dein orders the dft. to |

| | | |
|---|---|---|
| | | temporary detention pending hearing on 2/14/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01017-JGD] (Entered: 02/14/2005) |
| 02/10/2005 | 2 | MOTION to Unseal Case as to Jose Jiminez by USA. (Smith3, Dianne) [1:05-mj-01017-JGD] (Entered: 02/10/2005) |
| 02/10/2005 | | Judge Judith G. Dein : Endorsement on motion ORDER entered granting 2 Motion to Unseal Case as to Jose Jiminez (1) (Smith3, Dianne) [1:05-mj-01017-JGD] (Entered: 02/10/2005) |
| 02/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and PC hearing as to Jose Jiminez continued on 2/14/2005; Spanish Interperter Szekely; AUSA Siegmann and Attorney Parker for the dft.; Dft. submits cja 23 form; USMJ Dein appoints Attorney Parker; Attorney Parker moves to continue hearings until 2/17/05 @ 2:00pm. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01017-JGD] (Entered: 02/14/2005) |
| 02/15/2005 | 4 | Arrest Warrant Returned Executed on 2/9/05. as to Jose Jiminez. (Filo, Jennifer) [1:05-mj-01017-JGD] (Entered: 02/15/2005) |
| 02/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Jose Jiminez held on 2/17/2005; AUSA Siegmann and Attorney Parker for the dft.; Govt. calls witness #1 (Agent Nace); direct exam; exhibits #1-8 admitted; cross exam; closing statements; USMJ Dein finds probalbe cause and takes detention matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01017-JGD] (Entered: 02/22/2005) |
| 02/18/2005 | 5 | Judge Judith G. Dein : ORDER entered. MEMORANDUM AND ORDER OF DETENTION as to Jose Jiminez. (Dambrosio, Jolyne) [1:05-mj-01017-JGD] (Entered: 02/22/2005) |
| 03/01/2005 | 6 | MOTION for Excludable Delay from February 9, 2005 to February 22, 2005 as to Jose Jiminez by USA. (Attachments: # (1))(Siegmann, B.) [1:05-mj-01017-JGD] (Entered: 03/01/2005) |
| 03/02/2005 | 7 | Judge Judith G. Dein : ORDER entered denying without prejudice 6 Motion to Exclude Time as to Jose Jiminez (1). (Dambrosio, Jolyne) [1:05-mj-01017-JGD] (Entered: 03/02/2005) |
| 03/15/2005 | 8 | INDICTMENT as to Jose Jiminez (1) count(s) 1, 2-6, 7, 8, 9-10. (Gawlik, Cathy) (Entered: 03/16/2005) |
| 03/16/2005 | 9 | Judge Richard G. Stearns : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Jose Jiminez (Gawlik, Cathy) (Entered: 03/16/2005) |
| 03/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Jose Jiminez (1) Count 1,2-6,7,8,9-10 held on 3/23/2005, Plea entered by Jose Jiminez Not Guilty on counts all. AUSA Chakravarty and Attorney Parker for the dft.; Dft. will proceed with automatic discovery; 1st status conference is set for 5/4/05 @ 3:00pm. |

| | | |
|---|---|---|
| | | (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/23/2005) |
| 03/23/2005 | 10 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Jose Jiminez. Status Conference set for 5/4/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/24/2005) |
| 03/23/2005 | 11 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Jiminez. Time excluded from 3/23/05 until 4/20/05. (Dambrosio, Jolyne) (Entered: 03/24/2005) |
| 05/04/2005 | 12 | MOTION for Disclosure *Of Recording Of Attorney-Client Communictions* as to Jose Jiminez. (Attachments: # 1)(Parker, E.) (Entered: 05/04/2005) |
| 05/04/2005 | | Judge Judith G. Dein : Electronic ORDER entered denying without prejudice12 Motion for Disclosure as to Jose Jiminez (1) in light of the government's representation that the calls were not monitored or recorded. (Dein, Judith) (Entered: 05/04/2005) |
| 05/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Jose Jiminez held on 5/4/2005; AUSA Siegmann and Attorney Parker report case status; Discovery letter due 5/19/05; Next status conference is set for 6/14/05 @ 2:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/05/2005) |
| 05/04/2005 | 13 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Jose Jiminez Status Conference set for 6/14/2005 02:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/05/2005) |
| 05/04/2005 | 14 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Jiminez Time excluded from 5/4/05 until 6/14/05. (Quinn, Thomas) Modified on 6/14/2005 to correct start date (Edge, Eugenia). (Entered: 05/05/2005) |
| 05/04/2005 | 15 | MOTION to Seal as to Jose Jiminez, filed. c/s. (Catino3, Theresa) (Entered: 05/11/2005) |
| 05/04/2005 | 16 | SEALED FISRT EX PARTE MOTION as to Jose Jiminez, filed.. (Catino3, Theresa) (Entered: 05/11/2005) |
| 05/04/2005 | | Judge: Judith G. Dein: Electronic ORDER entered granting [15] Motion to Seal as to Jose Jiminez (1), cc/cl (Catino3, Theresa) (Entered: 05/11/2005) |
| 05/04/2005 | 17 | MOTION to Seal as to Jose Jiminez, filed. c/s. (Catino3, Theresa) (Entered: 05/11/2005) |
| 05/04/2005 | 18 | SEALED SECOND EX PARTE MOTION as to Jose Jiminez, filed.. (Catino3, Theresa) (Entered: 05/11/2005) |
| 05/04/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting [17] Motion to Seal as to Jose Jiminez (1), cc/cl (Catino3, Theresa) (Entered: |

| | | |
|---|---|---|
| | | 05/11/2005) |
| 05/20/2005 | 19 | Letter (non-motion) regarding discovery as to Jose Jiminez (Parker, E.) (Entered: 05/20/2005) |
| 06/03/2005 | 20 | Response as to Jose Jiminez: 19 Letter (non-motion). (Siegmann, B.) (Entered: 06/03/2005) |
| 06/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Jose Jiminez held on 6/14/2005; AUSA Siegmann also standing in for Attorney Parker reports Dft. seeks 2 weeks to file discovery motions; Defendant's motions due 6/29/05 and Govt. response due 7/13/05; Next status conference is set for 7/19/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/15/2005) |
| 06/14/2005 | 21 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Jose Jiminez Status Conference set for 7/19/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/15/2005) |
| 06/14/2005 | 22 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Jiminez Time excluded from 6/14/05 until 7/19/05. (Quinn, Thomas) (Entered: 06/15/2005) |
| 07/05/2005 | 23 | MOTION for Leave to File *Motion for DIscovery Late* as to Jose Jiminez. (Parker, E.) (Entered: 07/05/2005) |
| 07/05/2005 | 24 | MOTION for Discovery as to Jose Jiminez. (Parker, E.) (Entered: 07/05/2005) |
| 07/05/2005 | 25 | MOTION to Continue *Status Conference* as to Jose Jiminez. (Parker, E.) (Entered: 07/05/2005) |
| 07/06/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting in part and denying in part 25 Motion to Continue as to Jose Jiminez (1)Motion to continue conference is allowed and conference is rescheduled to 8/8/05 @ 2:30pm. (Quinn, Thomas) (Entered: 07/11/2005) |
| 07/06/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 23 Motion for Leave to File as to Jose Jiminez (1) (Quinn, Thomas) (Entered: 07/11/2005) |
| 07/06/2005 | 26 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Jiminez Time excluded from 7/19/05 until 8/8/05. (Quinn, Thomas) (Entered: 07/11/2005) |
| 07/19/2005 | 27 | MOTION to Strike 24 MOTION for Discovery *and Opposition to Defendant's Motion for Discovery* as to Jose Jiminezby USA. (Attachments: # 1)(Siegmann, B.) (Entered: 07/19/2005) |
| 08/02/2005 | 28 | MOTION to Dismiss *Counts Nine and Ten* as to Jose Jiminez. (Parker, E.) (Entered: 08/02/2005) |
| 08/08/2005 | 29 | Judge Judith G. Dein : ORDER entered denying 24 Motion for Discovery as to Jose Jiminez; denying 27 Motion to Strike as to Jose Jiminez. See |

| | | |
|---|---|---|
| | | attached order. (Dein, Judith) (Entered: 08/08/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Jose Jiminez held on 8/8/2005 re 27 MOTION to Strike 24 MOTION for Discovery *and Opposition to Defendant's Motion for Discovery* filed by USA.; AUSA Siegmann and Attorney Parker make arguments and USMJ Dein take matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/09/2005) |
| 08/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Jose Jiminez held on 8/8/2005; AUSA Siegmann and Attorney Parker report case status; USMJ Dein will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/09/2005) |
| 08/08/2005 | 30 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Jose Jiminez (Quinn, Thomas) (Entered: 08/09/2005) |
| 08/16/2005 | 31 | Opposition by USA as to Jose Jiminez re 28 MOTION to Dismiss *Counts Nine and Ten* (Attachments: # 1)(Siegmann, B.) (Entered: 08/16/2005) |
| 08/19/2005 | | Electronic NOTICE OF HEARING ON MOTION as to Jose Jiminez (re: Deft's Motion to Dismiss Counts Nine and Ten) entered: Motion Hearing set for 9/26/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 8/19/2005 (Johnson, Mary). (Entered: 08/19/2005) |
| 09/22/2005 | 32 | MOTION for Release from Custody *and for Review of Magistrate Judge Detention Order By District Judge* as to Jose Jiminez. (Attachments: # 1 Exhibit)(Parker, E.) (Entered: 09/22/2005) |
| 09/29/2005 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing as to Jose Jiminez held on 9/29/2005 re 28 MOTION to Dismiss *Counts Nine and Ten* filed by Jose Jiminez. AUSA Seigmann present for the Govt. Atty. Parker present for the deft. After hearing, the matter is taken "under advisement." (Court Reporter James Gibbons.) (Johnson, Mary) . (Entered: 09/30/2005) |
| 10/04/2005 | 33 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM OPINION as to Jose Jiminez "Motion to Dismiss is DENIED." (Flaherty, Elaine) (Entered: 10/04/2005) |
| 10/04/2005 | | Judge Richard G. Stearns : ElectronicORDER entered denying 28 Motion to Dismiss as to Jose Jiminez (1). (Johnson, Mary) (Entered: 10/07/2005) |
| 10/05/2005 | 34 | Judge Richard G. Stearns : ORDER entered. PRETRIAL ORDER as to Jose Jiminez : Jury Selection set for 11/21/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 11/21/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Voir Dire set for 11/21/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 10/28/2005 (Johnson, Mary). (Entered: 10/05/2005) |

| | | |
|---|---|---|
| 10/06/2005 | 35 | Assented to MOTION for Extension of Time to October 13, 2005 to File Government's Opposition to Defendant's Motion for Review of Detention Order as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 10/06/2005) |
| 10/07/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 35 Motion for Extension of Time as to Jose Jiminez (1), (Johnson, Mary) (Entered: 10/07/2005) |
| 10/13/2005 | 36 | Assented to MOTION for Extension of Time to October 20, 2005 to File Government's Opposition to Defendant's Motion for Review of Detention Order as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 10/13/2005) |
| 10/13/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 36 Motion for Extension of Time as to Jose Jiminez (1). (Johnson, Mary) (Entered: 10/13/2005) |
| 10/20/2005 | 37 | Assented to MOTION for Extension of Time to November 3, 2005 to File Government's Opposition to Defendant's Motion for Review of Detention Order as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 10/20/2005) |
| 10/20/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 37 Motion for Extension of Time as to Jose Jiminez (1). (Johnson, Mary) (Entered: 10/20/2005) |
| 10/24/2005 | 38 | Joint MOTION to Continue *Trial Date and Deadline for Filing Government's Opposition to Defendant's Motion for Review of Detention Order* as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 10/24/2005) |
| 10/26/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 38 Motion to Continue as to Jose Jiminez (1)."trial is re-scheduled to January 16, 2006 at 9:00 a.m. Time excluded in the interests of justice". (Johnson, Mary) Modified on 10/31/2005 (Johnson, Mary). (Entered: 10/31/2005) |
| 10/28/2005 | | Notice of correction to docket made by Court staff. Correction: the word "electronic" corrected because: incorrectly used in the docket text as to Jose Jiminez. (Johnson, Mary) (Entered: 10/28/2005) |
| 11/15/2005 | 39 | Assented to MOTION for Extension of Time to December 7, 2005 to File Government's Opposition to Defendant's Motion for Review of Detention Order as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 11/15/2005) |
| 11/16/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 39 Motion for Extension of Time as to Jose Jiminez (1). (Johnson, Mary) (Entered: 11/16/2005) |
| 12/07/2005 | 40 | Assented to MOTION for Extension of Time to December 12, 2005 to File Government's Opposition to Defendant's Motion for Review of Detention Order as to Jose Jiminezby USA. (Siegmann, B.) (Entered: 12/07/2005) |
| 12/08/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 40 Motion for Extension of Time as to Jose Jiminez (1). (Johnson, Mary) |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|-----|----|
|            |     | (Entered: 12/08/2005)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 12/12/2005 | 41  | Opposition by USA as to Jose Jiminez re 32 MOTION for Release from Custody *and for Review of Magistrate Judge Detention Order By District Judge* (Siegmann, B.) (Entered: 12/12/2005)                                                                                                                                                                                                                                                                                                               |
| 01/03/2006 | 42  | Assented to MOTION to Continue *Trial* as to Jose Jiminez. (Parker, E.) (Entered: 01/03/2006)                                                                                                                                                                                                                                                                                                                                                                                                        |
| 01/04/2006 |     | Judge Richard G. Stearns : Electronic ORDER entered granting 42 Motion to Continue as to Jose Jiminez (1). Jury Selection set for 2/13/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 2/13/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Trial Documents pursuant to the previously-issued Trial Order shall be filed with the Court by February 7, 2006. Time is excluded from 1-4-06 to and including 2-13-06. (Johnson, Mary) Modified on 1/4/2006 (Johnson, Mary). Modified on 1/4/2006 (Johnson, Mary). (Entered: 01/04/2006) |
| 02/01/2006 | 43  | First MOTION in Limine as to Jose Jiminez. (Parker, E.) (Entered: 02/01/2006)                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 02/02/2006 | 44  | Second MOTION in Limine as to Jose Jiminez. (Parker, E.) (Entered: 02/02/2006)                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 02/06/2006 | 45  | MOTION to Dismiss *Or Transfer For Improper Venue* as to Jose Jiminez. (Parker, E.) (Entered: 02/06/2006)                                                                                                                                                                                                                                                                                                                                                                                             |
| 02/06/2006 | 46  | Proposed Voir Dire by Jose Jiminez (Parker, E.) (Entered: 02/06/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 02/06/2006 | 47  | Proposed Jury Questions by Jose Jiminez *and Motion For Jury Questionnaire* (Parker, E.) (Entered: 02/06/2006)                                                                                                                                                                                                                                                                                                                                                                                       |
| 02/06/2006 |     | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 32 Motion for Release from Custody as to Jose Jiminez (1) "in light of the impending trial date". (Johnson, Mary) (Entered: 02/09/2006)                                                                                                                                                                                                                                                                                          |
| 02/07/2006 | 48  | Third MOTION in Limine as to Jose Jiminez. (Parker, E.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 02/07/2006 | 49  | First MOTION in Limine as to Jose Jiminez by USA. (Siegmann, B.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                               |
| 02/07/2006 | 50  | EXHIBIT/WITNESS LIST by USA as to Jose Jiminez (Siegmann, B.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 02/07/2006 | 51  | EXHIBIT/WITNESS LIST by USA as to Jose Jiminez (Siegmann, B.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 02/07/2006 | 52  | Proposed Jury Instructions by USA as to Jose Jiminez (Siegmann, B.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                            |
| 02/07/2006 | 53  | TRIAL BRIEF by USA as to Jose Jiminez (Attachments: # 1)(Siegmann, B.) (Entered: 02/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                         |

| | | |
|---|---|---|
| 02/07/2006 | ✓ 54 | DISMISSAL as to Jose Jiminez *of Count 8 of the Indictment* (Siegmann, B.) (Entered: 02/07/2006) |
| 02/08/2006 | ✓ 55 | Opposition by USA as to Jose Jiminez re 45 MOTION to Dismiss *Or Transfer For Improper Venue* (Siegmann, B.) (Entered: 02/08/2006) |
| 02/08/2006 | ✓ 56 | Proposed Jury Instructions by USA as to Jose Jiminez (Siegmann, B.) (Entered: 02/08/2006) |
| 02/08/2006 | ✓ 57 | Opposition by USA as to Jose Jiminez re 48 Third MOTION in Limine (Attachments: # 1)(Siegmann, B.) (Entered: 02/08/2006) |
| 02/09/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : FinalPretrial Conference as to Jose Jiminez held on 2/9/2006. AUSA Siegmann and AUSA Auerhahn present for the Govt. Atty. Parker present for the deft. Estimate of trial length: 5 days. Court will seat 14 jurors. Government dismisses Count 8 of the Indictment. Adjourn 12:45 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/9/2006 (Johnson, Mary). (Entered: 02/09/2006) |
| 02/14/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Voir Dire begun on 2/14/2006 (Day 1 of trial ) as to Jose Jiminez (1) on Count 1,2-6,7,9-10 (Government dismissed Count 8). AUSA Siegmann and AUSA Auerhahn present for the Govt. Atty. Peter Parker present with the defendant. Jury of 14 persons selected and sworn. Court gives preliminary instructions to the jury. Govt's opening. Deft's opening. G-1 sworn. Direct. Cross. Excused. G-2 sworn. Direct. Cross. Adjourn 1:30 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/21/2006 (Johnson, Mary). (Entered: 02/21/2006) |
| 02/15/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial as to Jose Jiminez held on 2/15/2006, Day 2. AUSA Siegmann and AUSA Auerhahn present for the Govt. Atty. Parker present with the defendant. Cross of G-2 continues. Re-direct. Re-cross. Excused. G-3 sworn. Direct. Cross. Excused. G-4 sworn. Direct. Cross. Re-direct. Excused. G-5 sworn. Direct. Cross. Re-direct. Re-cross. Excused. G-6 sworn. Direct. Cross. Excused. G-7 sworn. Direct. Cross. Re-direct. Re-cross. Excused. G-8 sworn. Direct. Excused. Adjourn 1:00 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/21/2006 (Johnson, Mary). (Entered: 02/21/2006) |
| 02/16/2006 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Jury Trial as to Jose Jiminez held on 2/16/2006, Day 3. AUSA Siegmann and AUSA Auerhahn preesent for the Govt. Atty. Parker present with the deft. G-9 sworn. Direct. Cross. Re-direct. Excused. G-10 sworn. Direct. Excused. G-11 sworn. Direct. Cross. Excused. G-12 sworn. Direct. Cross. Excused. G-13 sworn. Direct. Cross. Excused. G-14 sworn. Direct. Cross. Re-direct. Excused. The Government rests. Defendant moves for Judgment of Acquittal and Court hears argument on same. After hearing, DENIED. Defendant rests and renews his Motion for Judgment of Acquittal after all the evidence. DENIED. Govt's closing 11:40 a.m. to 12:17 p.m. Deft's closing 12:17 p.m. to 12:45 p.m. Govt's |

| | | |
|---|---|---|
| | | rebuttal 12:45 p.m. to 12:55 p.m. Court's charge to jury 12:55 p.m. to 1:20 p.m. Jury has lunch delivered to jury room at 1:30 p.m. to 2:00 p.m. Deliberations begin at 2:00 p.m. Jury returns with verdict at 4:05 p.m. Verdict of GUILTY on all counts (1 through 9). Sentencing is scheduled for MAY 24, 2006 at 2:30 p.m. Defendant remains in FEDERAL custody. Adjourn 4:30 p.m. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/21/2006 (Johnson, Mary). (Entered: 02/21/2006) |
| 02/16/2006 | 58 | JURY VERDICT as to Jose Jiminez (1) - returned in open Court at 4:05 P.M. - Guilty on Count 1,2-6,7,8,9-10. (Johnson, Mary) Modified on 2/21/2006 (Johnson, Mary). (Entered: 02/21/2006) |
| 02/21/2006 | 59 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jose Jiminez : Sentencing set for 5/24/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 02/21/2006) |
| 04/27/2006 | | Electronic NOTICE OF RESCHEDULING as to Jose Jiminez : Sentencing is re-scheduled to Wed., 6/7/2006 at 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 4/27/2006 (Johnson, Mary). (Entered: 04/27/2006) |
| 06/05/2006 | 60 | SENTENCING MEMORANDUM by Jose Jiminez (Parker, E.) (Entered: 06/05/2006) |
| 06/05/2006 | 61 | MOTION for transcripts at government expense as to Jose Jiminez. (Parker, E.) (Entered: 06/05/2006) |
| 06/07/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 61 Motion for Transcript at Government Expense as to Jose Jiminez (1). (Johnson, Mary) (Entered: 06/08/2006) |
| 06/07/2006 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 6/7/2006 for Jose Jiminez (1). AUSA Siegmann presentfor the Govt. Atty. Parker present with the deft. Iris Golus, USPO,present for the Probation Dept. Court, after hearing, finds Criminal History Category to be II and not III, and deft. therefore sentenced as follows: Count(s) 1, 12 months to be served. Supervised Release for 3 years with Special Conditions. Total Special Assessment of $900.; Count(s) 2-6, 12 months to be served, concurrent with Count 1. Supervised Release for 3 years concurrent with Count 1.; Count(s) 7, 12 months to be served, concurrent with Counts 1-6. Supervised Release for 3 years, concurrent with Counts 1-6.; Count(s) 8, 24 months to be served, on and after sentence imposed on Count 6. Supervised Release for 1 year concurrent with Counts 1-7.; Count(s) 9, 24 months to be served, on and after sentence imposed on Counts 3 and 8. Supervised Release for 1 year concurrent with Counts 1-7. (Court Reporter Marsha Patrisso.) (Johnson, Mary) Modified on 6/8/2006 (Johnson, Mary). (Entered: 06/08/2006) |
| 06/07/2006 | 63 | NOTICE OF APPEAL by Jose Jiminez Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | |
|---|---|---|
| | | and submitted to the Court of Appeals. Appeal Record due by 6/27/2006. (Johnson, Mary) (Entered: 06/15/2006) |
| 06/13/2006 | 62 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Jose Jiminez (1), Count(s) 1, 12 months to be served. Supervised Release for 3 years with Special Conditions. Total Special Assessment of $900.; Count(s) 2-6, 12 months to be served, concurrent with Count 1. Supervised Release for 3 years concurrent with Count 1.; Count(s) 7, 12 months to be served, concurrent with Counts 1-6. Supervised Release for 3 years, concurrent with Counts 1-6.; Count(s) 8, 24 months to be served, on and after sentence imposed on Count 6. Supervised Release for 1 year concurrent with Counts 1-7.; Count(s) 9-10, 24 months to be served, on and after sentence imposed on Counts 3 and 8. Supervised Release for 1 year concurrent with Counts 1-7. (Johnson, Mary) (Entered: 06/15/2006) |
| 06/15/2006 | | Case Terminated as to Jose Jiminez. (Johnson, Mary) (Entered: 06/15/2006) |