# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __US v. Jimenez__
District Court Case No. __05-10058-RGS__    District of __MA__
Date Notice of Appeal filed __6/7/06__    Court of Appeals Case No. _____
Form filed on behalf of __Defendant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __James Gibbons__
Phone Number of Reporter __(617) 482-0402__

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☑ Jury Voir dire | 2/14/06 |
| ☑ Opening Statement (plaintiff) | 2/14/06 |
| ☑ Opening Statement (defendant) | 2/14/06 |
| ☑ Trial | 2/14/06 - 2/16/06 |
| ☑ Closing Argument (plaintiff) | 2/16/06 |
| ☑ Closing Argument (defendant) | 2/16/06 |
| ☐ Findings of Fact/Conclusions of Law | |
| ☑ Jury Instructions | 2/16/06 |
| ☐ Change of Plea | |
| ☑ Sentencing | 9/29/06 |
| ☑ Bail hearing | |
| ☑ Pretrial proceedings (specify) | See attached letters to Deborah Scalfani and James Gibbons |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☑ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __E. Peter Parker__    Filer's Signature __E Peter P__
Firm/Address __151 Merrimac Street Boston MA 02114__
Telephone number __(617) 742-9099__    Date mailed to court reporter __7/17/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)    SEE INSTRUCTIONS ON REVERSE

Law Office of
## E. Peter Parker
151 Merrimac Street
Boston, MA 02114

tel  (617) 742-9099
fax  (617) 742-9989
email  peter@parkerslaw.com
web page    parkerslaw.com

June 8, 2006

Deborah Scalfani
Room 2300
United States Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    *United States v. Jimenez*,
           Criminal No. 05-10058-RGS

Dear Tom,

    Judge Stearns allowed my motion for complete transcripts of all proceedings in the above-captioned matter for use on appeal. *See* Docket No. 61 and Docket Entry 6/7/06. I am writing to request transcripts of the following hearings before Magistrate Judge Dein:

        February 9, 14 and 17, 2005, arraignment and detention; and
        August 8, 2005, discovery motion hearing.

    Please call me if you have any questions.

                            Very truly yours,

                            E. Peter Parker

cc:    Mr. Jose Jimenez

Law Office of
## E. Peter Parker
151 Merrimac Street
Boston, MA 02114

tel (617) 742-9099
fax (617) 742-9989
email peter@parkerslaw.com
web page parkerslaw.com

July 17, 2006

James Gibbons
Room 7205
Untied States Courthouse
One Courthouse Way
Boston, MA 02210

Re: *United States v. Jimenez*,
Criminal No. 05-10058-RGS

Dear Jim:

Judge Stearns allowed my motion for complete transcripts of all proceedings in the above-captioned matter for use on appeal. *See* Docket No. 61 and Docket Entry 6/7/06. Please prepare the following transcripts:

| | |
|---|---|
| 9/29/06 | Hearing on Motion To Dismiss |
| 2/9/06 | Pretrial Conference in chambers |
| 2/14/06 - 2/16/06 | Trial |
| 9/29/06 | Sentencing Hearing |

You covered everything except the sentencing hearing, which was covered by Marsha Patrisso. Please let me know if you will contact her about preparing that transcript or if I will need to contact her directly.

Very truly yours,

E. Peter Parker

cc: Mr. Jose Jimenez