# United States Court of Appeals
## For the First Circuit

*[handwritten: DC/MA DC#: 05-10058 Honorable Richard Stearns Sarah Thornton, clerk]*

No. 06-2044

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE JIMENEZ,

Defendant, Appellant.

---

**JUDGMENT**

Entered: October 31, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

*[certification stamp: CERTIFIED COPY. I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY. FIRST CIRCUIT COURT OF APPEALS, BOSTON, MA. By: [signature] Date 12/28/07]*

By the Court:

*[signature]*

Richard Cushing Donovan, Clerk

[cc: Mr. Parker, Mr. Baler, Ms. Siegmann, & Ms. Chaitowitz.]